United States District Court
Southern District of Texas
**ENTERED**
April 02, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SHARNEX KAVONN (LIPSCOMB) HAGER, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CIVIL ACTION NO. H-19-0595 |
| CHILLI'S BAR & GRILL, | § § § | |
| *Defendant.* | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM & RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum & Recommendation dated March 11, 2021 (ECF 64), Plaintiff's Objections (ECF 65), and Defendant's Response (ECF (66), the court concludes that the Memorandum & Recommendation should be adopted by this court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum & Recommendation (ECF 64) is hereby **ADOPTED** by this court.

**SIGNED** at Houston, Texas, on this the 2nd day of April, 2021.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE