United States District Court
Southern District of Texas
**ENTERED**
April 02, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SHARNEX KAVONN (LIPSCOMB) HAGER, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CIVIL ACTION NO. H-19-0595 |
| CHILLI'S BAR & GRILL, | § § | |
| *Defendant.* | § § | |

### FINAL JUDGMENT

In accordance with the Order Adopting the Magistrate Judge's Memorandum and Recommendation signed on April 2, 2021, it is hereby **ADJUDGED** that Plaintiff take nothing against Defendant and that this action is **DISMISSED WITH PREJUDUCE.**

Costs will be taxed against plaintiff.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this the 2nd day of April, 2021.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE