# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| SHARNEZ KAVONN (LIPSCOMB) HAGER, § | |
| § | JURY DEMANDED |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 4:19-cv-595 |
| § | |
| CHILLI'S BAR & GRILL, *et al.*, § | |
| § | |
| Defendants. § | |

## NOTICE OF APPEAL

Notice is hereby given that Sharnez Kavonn (Lipscomb) Hager, Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Court's Order Adopting Magistrate Judge's Memorandum & Recommendation (ECF No. 68) and the Final Judgment (ECF No. 69) entered in this action, both of which were entered into by this Court on April 2, 2021.

Dated: April 30, 2021                                                         Respectfully Submitted,

| | |
|---|---|
| **OF COUNSEL:**<br><br>Sarah Samuel<br>SDN: 3465429<br>sarah@greatlaw.com<br>GREATHOUSE HOLLOWAY MCFADDEN TRACHTENBERG, PLLC<br><br>Jeffrey L. Johnson<br>State Bar No. 24029638<br>jj@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>609 Main, 40th Floor<br>Houston, TX 77002<br>Tel.: 713.658.6400<br>Fax: 713.658.6401<br><br>**ATTORNEYS FOR PLAINTIFF** | **GREATHOUSE HOLLOWAY MCFADDEN TRACHTENBERG PLLC**<br><br>_/s/ Brian Trachtenberg_<br>Brian Trachtenberg<br>TBN: 24037608<br>SDN: 620588<br>brian@greatlaw.com<br>4200 Montrose Blvd, Ste. 300<br>Houston, Texas 77006<br>Tel./Fax: (713) 688-6789<br><br>**ATTORNEY-IN-CHARGE FOR PLAINTIFF** |

1

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that the foregoing was electronically filed and served via the Court's CM/ECF system on April 30, 2021.

_____
Brian Trachtenberg