# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| SHARNEZ KAVONN (LIPSCOMB) HAGER, § *Plaintiff,* § § V. § § CHILLI'S BAR & GRILL, § *Defendant.* § § | CIVIL ACTION NO. 4:19-cv-595 |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated May 10, 2021 (ECF 76) and the objections thereto (ECF 78), the court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this court. Costs will be taxed in the amount of $6,783.93.

**SIGNED** at Houston, Texas this __28th__ day of May, 2021.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE