# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| SHARNEZ KAVONN (LIPSCOMB) HAGER, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 4:19-cv-00595 |
| BRINKER TEXAS, INC. D/B/A CHILI'S BAR & GRILL., | § § § § | |
| *Defendant*. | § § | |

## JURY VERDICT FORM

The court gave the following Verdict Form to the jury on April 16, 2025.

Signed at Houston, Texas, on April 16, 2025.

_____
Christina A. Bryan
United States Magistrate Judge

QUESTION 1:

Did Ms. Hager prove by a preponderance of the evidence that Brinker, which is a place of public accommodation, intentionally denied her the full benefit and enjoyment of Brinker goods, services, facilities, privileges, advantages, and accommodations because of her race?

Yes _____

No \_\_✓\_\_\_\_

QUESTION 2:

Did Ms. Hager prove by a preponderance of the evidence that Brinker intentionally denied her the right to make and enforce a contract for Brinker's goods and services because of her race?

Yes _____

No \_\_✓\_\_\_\_

QUESTION 3:

Did Ms. Hager prove by a preponderance of the evidence that Brinker intentionally denied her the right to purchase Brinker's goods and services because of her race?

Yes _____

No \_\_✓\_\_\_\_

QUESTION 4:

If you answered "no" to both Questions 2 and 3, you do not need to answer any further Questions.

If you answered "yes" to Question 2, Question 3, or both Questions 2 and 3, answer this question: Did Ms. Hager prove by a preponderance of the evidence that she suffered compensatory or nominal monetary damages as a result of Brinker's discrimination?

Yes _____

No _____

QUESTION 5:

If you answered "yes" to Question 4, what amount of monetary damages did Ms. Hager prove she is entitled to receive?

Compensatory: _____

Nominal: _____

QUESTION 6: 

Did Ms. Hager prove by clear and convincing evidence that

- Brinker knew or should have known of an employee's malicious or reckless indifference to Ms. Hager's federally protected rights and took no action,

or

- authorized, ratified, or approved an employee's malicious or reckless indifference to Ms. Hager's federally protected rights.

3

Yes _____

No _____