Case 4:19-cv-00595   Document 176   Filed on 04/17/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
April 17, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SHARNEZ KAVONN (LIPSOMB) HAGER, *Plaintiff,* § § § | |
| v. § § | CIVIL ACTION NO. 4:19-cv-0595 |
| BRINKER TEXAS, INC., *Defendant.* § § § | |

## FINAL JUDGMENT

In accordance with the unanimous Jury Verdict rendered on April 16, 2025 (ECF 173), it is

ORDERED and ADJUDGED that Plaintiff shall take nothing on her claims in this case against Brinker Texas, Inc.[1]  It is further

ORDERED and ADJUDGED that this case is DISMISSED WITH PREJUDICE.

This is a FINAL JUDGMENT.

Signed on April 17, 2025, at Houston, Texas.

Christina A. Bryan
United States Magistrate Judge

---

[1] The parties have consented to the jurisdiction of this Magistrate Judge for all purposes. ECF 102.